# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 19-06002 (MCF) |
|---|---|
| NESTOR HERNÁNDEZ PÉREZ | |
| Debtor | CHAPTER 13 |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

**COMES NOW** the Debtor, through the undersigned attorney, who respectfully states, alleges and prays as follows:

1. The instant case was filed on October 19, 2019.

2. This Chapter 13 case has not been previously converted from a case under Chapter 7 or Chapter 11 of the Bankruptcy Code.

3. Pursuant to the provisions of 11 U.S.C. Section 1307 (b), the debtor requests that this Honorable Court dismiss the instant case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant the voluntary dismissal of the above captioned petition.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all appearing parties in the above captioned bankruptcy proceeding.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of December of 2022.

**MAYORAL & MANGUAL, P.S.C.**
PMB 157
PO Box 194000
San Juan PR 00919-4000
Tel. (787) 754-2002
Fax (787) 296-9892
*s/ Eduardo J. Mayoral García*
**EDUARDO J. MAYORAL GARCÍA**
**USDC PR 224607**
emayoral@gmail.com